

| | T**HE** C**ITY OF** N**EW** Y**ORK** | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, N.Y. 10007 | **JOHN SCHEMITSCH**<br>*Senior Counsel*<br>Tel.: (212) 356-3539<br>Fax: (212) 356 3509<br>Email: jschemit@law.nyc.gov |

October 18, 2023

**VIA ECF**
The Honorable Cheryl L. Pollak
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re: Campbell v. Adams, et al., 23-CV-06435 (RPK) (CLP)

Your Honor:

        I am a Senior Counsel in the office of the Honorable Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, and the attorney for defendants City of New York and Mayor Adams in the above referenced matter.[1] I write pursuant to the Court's October 5, 2023 Order directing defendants to provide a proper service address for Officer Anthony Patti. See ECF No. 15. Defendants respectfully note that the proper service address for Anthony Patti is 103rd Precinct, 168-02 91st Ave, Queens, NY 11432.

        Thank you for your consideration herein.

        Respectfully submitted,

        /s/

        John Schemitsch
        *Senior Counsel*
        Special Federal Litigation Division

---

[1] This case has been assigned to Assistant Corporation Counsel Mamoon Saleemi, who is not yet admitted to the Bar and is handling this matter under supervision. Mr. Saleemi may be reached directly at (212) 356-2384 or by email at msaleemi@law.nyc.gov.

cc: **<u>VIA FIRST CLASS MAIL</u>**
Lawrence G. Campbell
Plaintiff *Pro Se*
112-02 168th Street
Jamaica, NY 1433
(347) 883-0627